**EXHIBIT 2**



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.



## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Poppy Playtime
Search Results: Displaying 2 of 11 entries



***Poppy Playtime.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002313620 / 2022-08-15 |
| **Application Title:** | Poppy Playtime. |
| **Title:** | Poppy Playtime. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Saint Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Copyright Note:** | Basis for Registration: Registration is based on the artwork in the logo.� Copyright does not protect names, titles, short phrases or slogans.� 37 C.F.R. 202.1. |
| **Names:** | Mob Entertainment |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record   [Format for Print/Save]
Enter your email address:   [Email]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002476286
Search Results: Displaying 1 of 1 entries



**Poppy Playtime: Chapter 2.**

**Type of Work:** Computer File
**Registration Number / Date:** PA0002476286 / 2024-06-11
**Application Title:** Poppy Playtime: Chapter 2.
**Title:** Poppy Playtime: Chapter 2.
**Description:** Electronic file (eService)
**Notes:** Collection of screenshots, synopsis and computer printout (55 p.) deposited.
**Copyright Claimant:** Mob Entertainment, Inc. Address: 720 Olive Street, St. Louis, MO, 63101, United States.
**Date of Creation:** 2022
**Date of Publication:** 2022-05-05
**Nation of First Publication:** United States
**Authorship on Application:** Mob Entertainment, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material and computer program code for a videogame.
**Rights and Permissions:** Mob Entertainment, Inc., 720 Olive Street, St. Louis, MO, 63101, United States, shelly.gayner@mobentertainment.com
**Copyright Note:** C.O. correspondence.
**Names:** Mob Entertainment, Inc.

**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save
Enter your email address:    Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.



## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Grab Pack
Search Results: Displaying 2 of 2 entries



**Grab Pack.**

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002324267 / 2022-10-12 |
| | Supplement to: VA0002295044 / 2022 |
| **Application Title:** | Grab Pack. |
| **Title:** | Grab Pack. |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Suite 2400, St. Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Supplement to Registration:** | VA0002295044, 2022. |
| **Corrections Explained:** | This correction was made to reflect that this work was made for hire for Mob Entertainment, formerly EnchantedMob. |
| **Names:** | Mob Entertainment |

**Save, Print and Email (Help Page)**

Select Download Format  Full Record    Format for Print/Save

Enter your email address:    Email

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002476288
Search Results: Displaying 1 of 1 entries

**Poppy Playtime: Chapter 3.**

**Type of Work:** Computer File
**Registration Number / Date:** PA0002476288 / 2024-06-11
**Application Title:** Poppy Playtime: Chapter 3.
**Title:** Poppy Playtime: Chapter 3.
**Description:** Electronic file (eService)
**Notes:** Collection of screenshots, synopsis and computer printout (52 p.) deposited.
**Copyright Claimant:** Mob Entertainment, Inc. Address: 720 Olive Street, St. Louis, MO, 63101, United States.
**Date of Creation:** 2023
**Date of Publication:** 2024-01-30
**Nation of First Publication:** United States
**Authorship on Application:** Mob Entertainment, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material and computer program code for a videogame.
**Rights and Permissions:** Mob Entertainment, Inc., 720 Olive Street, St. Louis, MO, 63101, United States, shelly.gayner@mobentertainment.com
**Copyright Note:** C.O. correspondence.
**Names:** Mob Entertainment, Inc.



Save, Print and Email (**Help Page**)
Select Download Format Full Record  Format for Print/Save
Enter your email address:  Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505728
Search Results: Displaying 1 of 1 entries

**CH3 Character 5 (plush) .**

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001505728 / 2023-07-13
**Application Title:** CH3 Character 5 (plush) .
**Title:** CH3 Character 5 (plush) .
**Description:** Electronic file (eService)
**Copyright Claimant:** Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States.
**Date of Creation:** 2023
**Authorship on Application:** Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.
**Rights and Permissions:** Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com
**Copyright Note:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).
**Names:** Mob Entertainment, Inc.

Save, Print and Email (Help Page)
Select Download Format  Full Record    Format for Print/Save
Enter your email address:    Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505840
Search Results: Displaying 1 of 1 entries

**CH3 Character 6 (plush) .**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505840 / 2023-07-13 |
| **Application Title:** | CH3 Character 6 (plush) . |
| **Title:** | CH3 Character 6 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505843
Search Results: Displaying 1 of 1 entries

**CH3 Character 7 (plush) .**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505843 / 2023-07-13 |
| **Application Title:** | CH3 Character 7 (plush) . |
| **Title:** | CH3 Character 7 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505842
Search Results: Displaying 1 of 1 entries

### CH3 Character 8 (plush) .

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505842 / 2023-07-13 |
| **Application Title:** | CH3 Character 8 (plush) . |
| **Title:** | CH3 Character 8 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record
Enter your email address:

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505833
Search Results: Displaying 1 of 1 entries

**CH3 Character 4 (plush) .**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505833 / 2023-07-13 |
| **Application Title:** | CH3 Character 4 (plush) . |
| **Title:** | CH3 Character 4 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

**Save, Print and Email (Help Page)**

Select Download Format  Full Record    Format for Print/Save
Enter your email address:    Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mob Entertainment
Search Results: Displaying 11 of 46 entries

***Poppy.***

|   |   |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002328878 / 2022-10-12 |
|  | Supplement to: VA0002294398 / 2022 |
| **Application Title:** | Poppy. |
| **Title:** | Poppy. |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Suite 2400, St. Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Supplement to Registration:** | VA0002294398, 2022. |
| **Corrections Explained:** | This correction has been made to reflect that this work was made for hire for Mob Entertainment, formerly EnchantedMob. There was also a change of claimant address. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Mob Entertainment |

**Save, Print and Email (Help Page)**

Enter your email address:

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page