# EXHIBIT 5



Games    Apps    Movies & TV    Books    Kids

Poppy Playtime Chapter 4
Daigo Game 2020 Inc
Contains ads · In-app purchases

10K+
Downloads


Everyone ⓘ

Install

Share    Add to wishlist

   

## About this game

Welcome to the Playcare dilapudated orphanage.
Journey into the Poppy Playtime world and let your imagination lose in an unfamiliar environment inside this amazing Huggy Wuggy challenge.

Poppy Playtime Chapter 4 Game is a spooky action title, it was released on the 15th of October, making it in time for the Halloween season. Play The wuggy playtime horror & puzzle game , is an exciting adventure, full of fun .
A decrepit orphanage known as Playcare sits beneath the once magical toy factory. You must make your way through this haunted place, solving new puzzles and avoiding the nightmares that lurk withi…

Updated on
Dec 21, 2024

Action

## Data safety

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- No data shared with third parties
  Learn more about how developers declare sharing
- No data collected
  Learn more about how developers declare collection
- Data is encrypted in transit
- Data can't be deleted

See details

App support

Flag as inappropriate

Privacy · Terms



Games    Apps    Movies & TV    Books    Kids

**Google Play**
Play Pass
Play Points
Gift cards
Redeem
Refund policy

**Kids & family**
Parent Guide
Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store    United States (English (United States))