# EXHIBIT 8

| | |
|---|---|
| **From:** | removals@google.com |
| **To:** | nick.gleason@mobentertainment.com |
| **Subject:** | Re: [3-6306000037632] Your Request to Google |
| **Date:** | Friday, November 1, 2024 2:13:52 AM |

Hello,

Thanks for reaching out to us.

We've passed your request along to the appropriate team here at Google for further investigation. While you may not receive any further response from them, know that they are investigating the issues you raised in your correspondence and will take action as appropriate.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*

---

## Report alleged copyright infringement

**Country of residence**
United States

**Full legal name**
Nicholas Gleason

**Company name**
Mob Entertainment

**Full legal name of the copyright holder you represent**
Mob Entertainment, Inc.

**Contact email address**
nick.gleason@mobentertainment.com

**Identify and describe the copyrighted work**
This game is a nearly identical copy of Poppy Playtime created by Mob Entertainment.

**Where can we see an authorized example of the work?**
https://poppyplaytime.com/pages/play-the-game

https://store.steampowered.com/app/1721470/Poppy_Playtime/?utm_source=marketing&utm_medium=dtcwebsite&utm_campaign=chapter1&utm_content=steam

Allegedly infringing URLs
https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US

Attach a screenshot of the allegedly infringing material
unnamed.webp
unnamed (1).webp

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.
Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Please check to confirm

I understand that a copy of the notice may be sent to the developer of the affected content.
Please check to confirm

Signature
Nicholas Gleason