# EXHIBIT 9

# Report alleged copyright infringement

It is our policy to respond to clear notices of alleged copyright infringement. This page describes the information that should be present in these notices. It is designed to make submitting notices of alleged infringement to Google as straightforward as possible while reducing the number of notices that we receive that are fraudulent or difficult to understand or verify. The form of notice specified below is consistent with the form suggested by the United States Digital Millennium Copyright Act (the text of which can be found at the U.S. Copyright Office Web Site, https://www.copyright.gov/ ) but we will respond to notices of this form from other jurisdictions as well.

Regardless of whether we may be liable for such infringement under local country law or United States law, our response may include removing or disabling access to material claimed to be the subject of infringing activity and/or terminating subscribers. If we remove or disable access in response to such a notice, we may notify the owner or administrator of the affected site or content so that he or she can make a counter notification. It is also our policy to document all notices of alleged infringement we receive, including by sending a copy of the notice to one or more third parties or making it available to the public. You can see an example of such a publication at https://www.lumendatabase.org/notices/2069 .

**IMPORTANT**: Misrepresentations made in your notice regarding whether material or activity is infringing may expose you to liability for damages (including costs and attorneys' fees). Courts have found that you must consider copyright defenses, limitations or exceptions before sending a notice. In one case involving online content, a company paid more than $100,000 in costs and attorneys fees after targeting content protected by the U.S. fair use doctrine. Accordingly, if you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney.

Replies to your removal request will be sent to the Google or Gmail account you're signed in to (indicated in the top right corner of this page). If you'd like to use an alternative email address, you can sign out of your Google or Gmail account and refresh this form.

\* Required field

## Your information

Country of residence *

[ Select one ▼ ]

Full legal name *

[                                ]

Your own name, even if you are making the request on behalf of someone else who you are authorized to represent. If you are representing someone else, you must have the legal authority to act on their behalf.

Company name

[                                ]

If applicable.

Full legal name of the copyright holder you represent *

[                                ]

If applicable. For instance, if you are the legal agent.

Contact email address *

[ JJXFOL@gmail.com ]

## Your copyrighted work

Identify and describe the copyrighted work *

[                                ]

For example, "The photos of the golden retriever" or "The text beginning with 'Hello' and ending with 'Goodbye'".

Where can we see an authorized example of the work? *

[                                ]

Please enter one item per line

## Allegedly infringing content

If you have many URLs to report, we recommend submitting between 10 to 100 per notice for the fastest possible processing time. You can submit multiple URLs by clicking the "Add additional" link below.

Allegedly infringing URLs *

[                                ]

Add additional field

If you have many URLs to report, we recommend submitting between 10 to 100 per notice for the fastest possible processing time. You can submit multiple URLs by clicking the "Add additional" link below.

Attach a screenshot of the allegedly infringing material
No files chosen

\+ Choose files

## Sworn statements

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law. *
☐ Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. *
☐ Please check to confirm

I understand that a copy of the notice may be sent to the developer of the affected content. *
☐ Please check to confirm

Please note that a copy of each legal notice we receive is sent to a third-party which may publish and annotate it (with your personal information removed). As such, the content submitted in this form will be forwarded to Lumen (http://www.lumendatabase.org) for publication. You can see an example of such a publication at http://www.lumendatabase.org/dmca512/notice.cgi?NoticeID=861. For products like Google Web Search, a link to your published notice will be displayed in Google's search results in place of the removed content.

## Signature

Signature *

[                                                                          ]

By typing your full name below, you are providing us with your digital signature, which is as legally binding as your physical signature. Your signature must exactly match the first and last names that you entered at the top of this form in order for your submission to be successful.

Signed on this date of Wed, 08 Jan 2025

Please note that we will not process your complaint if it isn't properly filled out or if the complaint is incomplete. If multiple Google products are affected, please note that you must submit a notice for each affected product. Instructions for filing a DMCA notice for each product can be found at
http://support.google.com/legal/answer/1120734 (refer to the sidebar on the left-hand side of the page).

**Account Disabling**

Many Google Services do not have account holders or subscribers. For Services that do, Google will, in appropriate circumstances, disable the accounts of repeat infringers. If you believe that an account holder or subscriber is a repeat infringer, please follow the instructions above to contact Google's DMCA agent and provide information sufficient for us to verify that the account holder or subscriber is a repeat infringer.

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service. Translation services may be used in chats and email.