# EXHIBIT 10

| | |
|---|---|
| **From:** | Nicholas Gleason |
| **To:** | removals@google.com |
| **Subject:** | Re: [3-6306000037632] Your Request to Google |
| **Attachments:** | Infringing screenshot.webp |
| | Huggy Wuggy.pdf |

Dear Google Team,

I hope this message finds you well. It has now been over a month since we submitted a DMCA takedown request in accordance with Google's procedures for the game associated with claim number **3-6306000037632** (link provided below).

As you are likely aware, under the DMCA Act, Google is entitled to a safe harbor if it takes appropriate action after receiving notice. However, to date, we have not received any response or update regarding the notice, nor has the infringing game been removed from your platform.

Given the significant number of downloads of this infringing game, it is critical that we take swift action to protect our intellectual property. If we do not receive a response by the end of the business day tomorrow, **December 5, 2024**, we will be compelled to escalate this matter to our outside counsel for review. This may result in Google being included in a complaint against the developer, **Daigo Game 2020 Inc.**

For your reference, I have attached:

- A screenshot of the infringing game
- A screenshot of our own game for comparison, demonstrating the near-identical nature of the two
- Our copyright registration for **Huggy Wuggy**, the intellectual property in question, which the infringing game claims to feature.

We trust you will give this matter the prompt attention it deserves and look forward to your timely response.

Thank you for your cooperation.

https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US

Best,
Nick Gleason
Mob Entertainment Legal Department



On Thu, Oct 31, 2024 at 11:13 PM <removals@google.com> wrote:

> Hello,
>
> Thanks for reaching out to us.

We've passed your request along to the appropriate team here at Google for further investigation. While you may not receive any further response from them, know that they are investigating the issues you raised in your correspondence and will take action as appropriate.

Regards,

The Google Team

*For more information about our content removal process, see* [g.co/legal](g.co/legal).

---

## Report alleged copyright infringement

Country of residence
United States

Full legal name
Nicholas Gleason

Company name
Mob Entertainment

Full legal name of the copyright holder you represent
Mob Entertainment, Inc.

Contact email address
nick.gleason@mobentertainment.com

Identify and describe the copyrighted work
This game is a nearly identical copy of Poppy Playtime created by Mob Entertainment.

Where can we see an authorized example of the work?
[https://poppyplaytime.com/pages/play-the-game](https://poppyplaytime.com/pages/play-the-game)

[https://store.steampowered.com/app/1721470/Poppy_Playtime/?utm_source=marketing&utm_medium=dtcwebsite&utm_campaign=chapter1&utm_content=steam](https://store.steampowered.com/app/1721470/Poppy_Playtime/?utm_source=marketing&utm_medium=dtcwebsite&utm_campaign=chapter1&utm_content=steam)

Allegedly infringing URLs
[https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US](https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US)

Attach a screenshot of the allegedly infringing material
unnamed.webp
unnamed (1).webp

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.
Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Please check to confirm

I understand that a copy of the notice may be sent to the developer of the affected content.
Please check to confirm

Signature
Nicholas Gleason