# EXHIBIT 12

| | |
|---|---|
| **From:** | Nicholas Gleason |
| **To:** | removals@google.com |
| **Subject:** | Re: [3-6306000037632] Your Request to Google |

Dear Google,

We appreciate your response to this matter; however, the app is now up again and available for download. Please review the following infringing URL and let us know why it has been republished.

https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US

Best,
Nick Gleason
Mob Entertainment Legal Department

On Mon, Dec 9, 2024 at 2:30 AM <removals@google.com> wrote:

> Hello,
>
> Thanks for reaching out to us.
>
> We had a look at these URLs:
>
> https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US
>
> This content violates our policies, so we're removing it from our services. Thanks for letting us know about this content.
>
> Regards,
>
> The Google Team
>
> *For more information about our content removal process, see g.co/legal.*

### Report alleged copyright infringement

**Country of residence**
United States

**Full legal name**
Nicholas Gleason

**Company name**
Mob Entertainment

Full legal name of the copyright holder you represent
Mob Entertainment, Inc.

Contact email address
nick.gleason@mobentertainment.com

Identify and describe the copyrighted work
This game is a nearly identical copy of Poppy Playtime created by Mob Entertainment.

Where can we see an authorized example of the work?
https://poppyplaytime.com/pages/play-the-gamehttps://store.steampowered.com/app/1721470/Poppy_Playtime/?utm_source=marketing&utm_medium=dtcwebsite&utm_campaign=chapter1&utm_content=steam

Allegedly infringing URLs
https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US

Attach a screenshot of the allegedly infringing material
unnamed.webp
unnamed (1).webp

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.
Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
Please check to confirm

I understand that a copy of the notice may be sent to the developer of the affected content.
Please check to confirm

Signature
Nicholas Gleason