# EXHIBIT 13

| | |
|---|---|
| **From:** | removals@google.com |
| **To:** | nick.gleason@mobentertainment.com |
| **Subject:** | Re: [3-6306000037632] Your Request to Google |
| **Date:** | Monday, December 16, 2024 5:09:36 AM |

Hello,

Thanks for reaching out to us.

We've passed your request along to the appropriate team here at Google for further investigation. While you may not receive any further response from them, know that they are investigating the issues you raised in your correspondence and will take action as appropriate.

Regards,

The Google Team

*For more information about our content removal process, see g.co/legal.*