# EXHIBIT 14

| | |
|---|---|
| **From:** | Nicholas Gleason |
| **To:** | dmca-agent@google.com |
| **Subject:** | Claim 3-6306000037632, Final Notice |
| **Attachments:** | side-by-side.pdf |
| | Huggy Wuggy.pdf |
| | Grab Pack.pdf |

**Dear Google DMCA Agent,**

I am writing on behalf of Mob Entertainment, Inc. regarding a copyright infringement matter involving an app on the Google Play Store. The app, which has over 1 million downloads, is infringing on our intellectual property. Despite submitting a DMCA takedown notice on **October 31st, 2024**, in accordance with Google's procedures (Claim Number: **3-6306000037632**) and providing supplemental evidence, we have not received an adequate response from Google.

As a result, we have escalated the matter to our outside counsel, **Harness IP**, and instructed them to file a legal complaint against the developer. During their due diligence, **Harness IP** discovered that **removals@google.com** is not the designated DMCA agent, despite it being the point of contact provided after submitting a notice of infringement in accordance with Google's procedures.

In light of this, and in accordance with **17 USC 512(c)(3)**, this email serves as **our final notice** before we proceed with legal action. Google has **two business days** to respond to this notice. Failure to do so will result in Google being named as a defendant in a formal legal complaint alongside the developer.

## Notice of Copyright Infringement:

**Infringing App Information:**

- **Game**: *Poppy Playtime: Chapter 3*
- **Developer**: Daigo Game 2020 Inc.
- **Developer Contact**: supportpoppyvip@gmail.com
- **App URL**: https://play.google.com/store/apps/details?id=com.PoPPyPlaytimeKing.BuggyChapterPlaytimeMOPckapter3&hl=en_US

**Copyrighted Material Being Infringed:**

1. **Huggy Wuggy (VA0002288105)**:
   Huggy Wuggy is a tall, lanky creature covered in thick blue fur with long, floppy arms and large yellow mitten-like hands. He has a light blue bow around his neck and a red-lipped smile revealing rows of sharp white teeth.

2. **GrabPack**:
   The GrabPack is a backpack-like coil box with a retractable cable, with two hands attached: one red and one blue.

**Infringing Material Identified:**

1. **GrabPack**:
   Screenshots on the Google Play Store clearly depict the red and blue hands of the GrabPack in a first-person view, mirroring the exact design and usage as shown in our original *Poppy Playtime* games.

2. **Huggy Wuggy**:
   The app's description also mentions the inclusion of **Huggy Wuggy**, a character originally created by Mob Entertainment for the *Poppy Playtime* franchise.

3. **Toy Factory Digital Assets**:
   The app features a toy factory environment that closely resembles the digital assets created by Mob Entertainment for *Poppy Playtime*. These assets include a red conveyor belt with containers in yellow, blue, and red, which are almost identical to those used in our franchise.
   **Note**: Unlike the other materials listed above, the toy factory assets are not specifically copyrighted because the sheer volume of assets required to create a video game makes it impractical to register every single one.

Attached to this email are:

- A side-by-side comparison of the infringing app's screenshots and our own game content, showing the identical appearance of the toy factory and the GrabPack.
- The U.S. Copyright Registration for **Huggy Wuggy** and **GrabPack**.

**Final Notice:**

This is our **final notice** of copyright infringement. If we do not receive a satisfactory response from Google within **two business days**, we will proceed with filing a formal legal complaint against the developer and **will include Google as a defendant** in the lawsuit.

**Statement of Good Faith**:

I, **Nicholas S. Gleason**, on behalf of Mob Entertainment, Inc., affirm in good faith that the use of the materials described herein is not authorized by the copyright owner, its agent, or the law.

I also affirm, under penalty of perjury, that the information in this notice is accurate, and that Mob Entertainment, Inc. is authorized to act on behalf of the owner of the exclusive rights that have been infringed.

**Sincerely,**
**Nicholas S. Gleason**
Legal Department, Mob Entertainment, Inc.