# EXHIBIT 16

| | |
|---|---|
| **From:** | Nicholas Gleason |
| **To:** | dmca-agent@google.com |
| **Subject:** | Notice of copyright infringement |
| **Attachments:** | Side-by-side Poppy Playtime Chapter 4.pdf |
| | Huggy Wuggy.pdf |

## Notice of Copyright Infringement:

**Infringing App Information:**

- **Game**: *Poppy Playtime Chapter 4*
- **Developer**: Daigo Game 2020 Inc.
- **Developer Contact**: supportpoppychapter2025@gmail.com
- **App URL**: https://play.google.com/store/apps/details?id=com.chapter4game.playtimechapterp25&hl=en-US

**Copyrighted Material Being Infringed:**

1. **Huggy Wuggy (VA0002288105)**:
   Huggy Wuggy is a tall, lanky creature covered in thick blue fur with long, floppy arms and large yellow mitten-like hands. He has a light blue bow around his neck and a red-lipped smile revealing rows of sharp white teeth.

2. **Poppy Playtime digital assets created by Mob Entertainment Inc.** (As shown in the side-by-side attachment).

**Infringing Material Identified:**

1. **Huggy Wuggy**:
   The app's description also mentions the inclusion of **Huggy Wuggy**, a character originally created by Mob Entertainment for the *Poppy Playtime* franchise.

2. **Toy Factory Digital Asset:** An object with a cube shaped yellow base and a black pole that connects the yellow base to a red turnwheel, with saber-like handles and a blue round top. See side-by-side attachment.

Attached to this email are:

- A side-by-side comparison of the infringing app's screenshots and our own game content, showing the identical appearance.
- The U.S. Copyright Registration for **Huggy Wuggy.**

**Final Notice:**

This is a new listing by the developer Daigo Game 2020 Inc., the same developer of the infringing game that was the subject of Claim Number: 3-6306000037632. It was published after we sent you the final notice on December 19, 2024. Due to Google's lack of response to that previous notice regarding the infringing listing by this developer, this will serve as our first and final notice for this new listing. If we do not receive a satisfactory response from Google within two business days, we will proceed with adding this listing to our lawsuit against Google.

**Statement of Good Faith**:

I, **Nicholas S. Gleason**, on behalf of Mob Entertainment, Inc., affirm in good faith that the use of the materials described herein is not authorized by the copyright owner, its agent, or the law.

I also affirm, under penalty of perjury, that the information in this notice is accurate, and that Mob Entertainment, Inc. is authorized to act on behalf of the owner of the exclusive rights that have been infringed.

**Sincerely,**
**Nicholas S. Gleason**
Legal Department, Mob Entertainment, Inc.