# EXHIBIT 17

---------- Forwarded message ---------
From: <removals@google.com>
Date: Mon, Dec 30, 2024 at 1:31 PM
Subject: Re: [4-9902000038428] Your Request to Google
To: <nick.gleason@mobentertainment.com>


Thanks for contacting us.

We can process your notice more quickly if you submit it through our web form. Our form will guide you through the process of submitting the information we need and ensure that your notice is directed to the right place. If you submit your notice through the web form after receiving this message, please reply to this message letting us know we can close this email case.

If you'd like us to process your notice as it currently is, first make sure that it contains all of the necessary information listed below, then reply to this email with the following phrase: "This notice is complete."

You can also add any missing information by replying directly to this email.

INFORMATION WE NEED TO PROCESS YOUR NOTICE:

1. Your first and last name
2. Your company's name, if applicable (e.g., if you are a vendor)
3. Copyright holder you represent
4. Copyright holder's country of residence
5. Identify and describe the copyrighted work
6. If applicable, list any URLs where we can see an authorized example of the copyrighted work.
7. Location of the claimed infringing content and which Google product you are reporting, such as Web Search, Play, or Docs. (For a full list of Google products, please see the removal web form). Please list the URL(s) of the content that you're asking us to remove.
8. Please copy the following statements into your message:

      - I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

      - The information in this notification is accurate, and I swear under penalty of perjury that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

9. Include your signature by typing your full name after the sworn statements. Remember that your digital signature is as legally binding as your physical signature.

We may send a copy of your notice to the Lumen project for publication and annotation. Lumen is an independent research project managed by the Berkman Klein Center for Internet & Society at Harvard Law School. The Lumen database houses millions of content takedown notices that have been voluntarily shared by various companies, including Google. Its purpose is to facilitate academic and industry research concerning the availability of online content. Lumen will hide your personal contact information (e.g., phone number, email and address).