# EXHIBIT 2



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Poppy Playtime
Search Results: Displaying 2 of 11 entries



---

**Labeled View**

*Poppy Playtime.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002313620 / 2022-08-15 |
| **Application Title:** | Poppy Playtime. |
| **Title:** | Poppy Playtime. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Saint Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Copyright Note:** | Basis for Registration: Registration is based on the artwork in the logo.◆ Copyright does not protect names, titles, short phrases or slogans ◆ 37 C.F.R. 202.1. |
| **Names:** | Mob Entertainment |



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:   Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002476286
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

*Poppy Playtime: Chapter 2.*

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0002476286 / 2024-06-11 |
| **Application Title:** | Poppy Playtime: Chapter 2. |
| **Title:** | Poppy Playtime: Chapter 2. |
| **Description:** | Electronic file (eService) |
| **Notes:** | Collection of screenshots, synopsis and computer printout (55 p.) deposited. |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-05-05 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material and computer program code for a videogame. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, St. Louis, MO, 63101, United States, shelly.gayner@mobentertainment.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Mob Entertainment, Inc. |



| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address:   Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Grab Pack
Search Results: Displaying 2 of 2 entries



---

Labeled View

***Grab Pack.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002324267 / 2022-10-12 |
|  | Supplement to: VA0002295044 / 2022 |
| **Application Title:** | Grab Pack. |
| **Title:** | Grab Pack. |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Suite 2400, St. Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Supplement to Registration:** | VA0002295044, 2022. |
| **Corrections Explained:** | This correction was made to reflect that this work was made for hire for Mob Entertainment, formerly EnchantedMob. |
| **Names:** | Mob Entertainment |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:   [          ]  Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002476288
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

---

Labeled View

*Poppy Playtime: Chapter 3.*

| | |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | PA0002476288 / 2024-06-11 |
| **Application Title:** | Poppy Playtime: Chapter 3. |
| **Title:** | Poppy Playtime: Chapter 3. |
| **Description:** | Electronic file (eService) |
| **Notes:** | Collection of screenshots, synopsis and computer printout (52 p.) deposited. |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2024-01-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States. Authorship: audiovisual material and computer program code for a videogame. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, St. Louis, MO, 63101, United States, shelly.gayner@mobentertainment.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Mob Entertainment, Inc. |

◀ previous   next ▶

---



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:   Email |

---



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505728
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

---

Labeled View

*CH3 Character 5 (plush)* .

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001505728 / 2023-07-13
**Application Title:** CH3 Character 5 (plush) .
**Title:** CH3 Character 5 (plush) .
**Description:** Electronic file (eService)
**Copyright Claimant:** Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States.
**Date of Creation:** 2023
**Authorship on Application:** Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.
**Rights and Permissions:** Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com
**Copyright Note:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).
**Names:** Mob Entertainment, Inc.

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

**Help**  **Search**  **History**  **Titles**  **Start Over**

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505840
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*CH3 Character 6 (plush)* .

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505840 / 2023-07-13 |
| **Application Title:** | CH3 Character 6 (plush) . |
| **Title:** | CH3 Character 6 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address:    Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505843
Search Results: Displaying 1 of 1 entries

◄ previous    next ►

---

Labeled View

*CH3 Character 7 (plush)* .

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505843 / 2023-07-13 |
| **Application Title:** | CH3 Character 7 (plush) . |
| **Title:** | CH3 Character 7 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

◄ previous    next ►

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format   Full Record ▾    Format for Print/Save |
| Enter your email address:    Email |

---

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505842
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

---

Labeled View

*CH3 Character 8 (plush)* .

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505842 / 2023-07-13 |
| **Application Title:** | CH3 Character 8 (plush) . |
| **Title:** | CH3 Character 8 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

◀ previous    next ▶

---

**Save, Print and Email (Help Page)**

Select Download Format  Full Record    Format for Print/Save

Enter your email address:                         Email

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VAU001505833
Search Results: Displaying 1 of 1 entries

◄ previous | next ►

---

Labeled View

*CH3 Character 4 (plush)* .

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001505833 / 2023-07-13 |
| **Application Title:** | CH3 Character 4 (plush) . |
| **Title:** | CH3 Character 4 (plush) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Mob Entertainment, Inc. Address: 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Mob Entertainment, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Mob Entertainment, Inc., 720 Olive Street, Suite 2400, St. Louis, MO, 63101, United States, (314) 669-7500, ip@mobentertainment.com |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Mob Entertainment, Inc. |

◄ previous | next ►

---

| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:   Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mob Entertainment
Search Results: Displaying 11 of 46 entries

[previous] [next]

---

Labeled View

*Poppy.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002328878 / 2022-10-12 |
| | Supplement to: VA0002294398 / 2022 |
| **Application Title:** | Poppy. |
| **Title:** | Poppy. |
| **Copyright Claimant:** | Mob Entertainment. Address: 720 Olive Street, Suite 2400, St. Louis, Missouri, 63101, United States. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mob Entertainment, employer for hire; Citizenship: United States. Authorship: 2-D artwork. |
| **Supplement to Registration:** | VA0002294398, 2022. |
| **Corrections Explained:** | This correction has been made to reflect that this work was made for hire for Mob Entertainment, formerly EnchantedMob. There was also a change of claimant address. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Mob Entertainment |

[previous] [next]



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  Email |

---