# EXHIBIT 3



**AL150781 RELEASE FOR PROPERTY DAMAGE**

For and in consideration of the payment to **State Farm Mutual Automobile Insurance Company a/s/o Mark McCabe** in the amount of ten thousand two hundred eighty eight and 94/100 Dollars **($10,288.94),** and of the payment to **Mark McCabe** in the amount of two hundred forty one and 11/100 Dollars **($241.11),** I being of lawful age, do hereby release, acquit and forever discharge **Scotlynn Transport/Juan Morales/Cherokee Insurance** and all other persons, firms and corporations who might be liable of and from any and all claims, actions, causes of action, demands, rights, costs, loss of services, loss of use, expenses and compensation, including any and all ~~liens and~~ rights of subrogation, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any kind and all known and unknown, foreseen and unforeseen property damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about the **29th day of July 2020** at or near **Highway 101, Studio City CA.**

It is further understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of **Scotlynn Transport/Juan Morales/Cherokee Insurance** by whom liability is expressly denied.

This Release contains the ENTIRE AGREEMENT between the parties hereto, and the terms of this Release are contractual and not a mere recital.

I further state that I have carefully read the foregoing Release and know the contents thereof, and I sign the same as my own free act.

Signed this __24__ day of __February__, 2021

Witness

_Adriana Lopez_____ (Signature)
_____Adriana Lopez_____ (Print Name)

Authorized Representative of **State Farm Mutual Automobile Insurance Company a/s/o Mark McCabe**

_[signature]_____ (Signature)
_____Richard L. Mahfouz II_____ (Print Name)

Cherokee Insurance / P.O. Box 159 / Warren, Michigan 48089 /Phone (800) 814-3984 /Fax (586) 819-0436

DO NOT ALTER THIS RELEASE
ANY ALTERATIONS OR ADDENDUMS TO THIS RELEASE ARE EXPRESSLY DENIED AND WILL DELAY PAYMENT



Games    Apps    Movies & TV    Books    Kids



**Poppy Playtime: Chapter 3**

Daigo Game 2020 Inc

Contains ads · In-app purchases

1M+
Downloads

Teen 

Install

Share    Add to wishlist

 

**About this game**

Welcome to Poppy Playtime: Chapter 3 new version game Huggy wuggy 2023.
Journey into the Poppy Playtime world and let your imagination lose in an unfamiliar environment inside this amazing Huggy Wuggy challenge.
Poppy Playtime: Chapter 3 Game is a spooky action title, it was released on the 15th of October, making it in time for the Halloween season.
Play The wuggy playtime horror & puzzle game , is an exciting adventure, full of fun .
In Poppy Playtime Chapter 3 game, exploring the factory, and trying to survive without being killed by Huggy Wuggy. And don't get caught in Poppy Playtime : Chapter 3.
Poppy Playtime 3 game its not easy game, avoiding scary toys could be really hard, specially in case where they are really fast this application will give you big experience to survive in Poppy Playtime -...

**Updated on**
Jul 13, 2023

Adventure

**Data safety**

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

This app may share these data types with third parties
Location and Device or other IDs

No data collected
Learn more about how developers declare collection

Data is encrypted in transit

Data can't be deleted

See details

**App support**

Flag as inappropriate



Games  Apps  Movies & TV  Books  Kids

**Google Play**
Play Pass
Play Points
Gift cards
Redeem
Refund policy

**Kids & family**
Parent Guide
Family sharing

Terms of Service  Privacy  About Google Play  Developers  Google Store   United States (English (United States))