# EXHIBIT 6

## PoppyPlaytime Mommy Long Legs Fixes Huggy Wuggy's Among Biggest Problem | MOD MENU | UNLOCK FULL | REMOVE ADS



Poppy Playtime Chapter 4 APK is a survival horror adventure game with a puzzle element. You will have to find a way out of the giant creepy toy factory while not being caught by a dinosaur-sized green furry doll that is wandering around searching everywhere.



Gameplay

Entering the factory, you will encounter a set of Red-Blue gloves.

The biggest threat in the game, also the terrible animal that caused the mysterious disappearance 10 years ago, is a giant green hairy monster called Huggy Wuggy. Its disfigured face, perverted smile, and terrifying stooped figure make you have to find your way out of the factory, find clues to the old mystery, and run away at the same time from its pursuit.

And you've met it from the very first step into the factory.

 GET MOD NOW

## Gameplay

Entering the factory, you will encounter a set of Red-Blue gloves.

The biggest threat in the game, also the terrible animal that caused the mysterious disappearance 10 years ago, is a giant green hairy monster called Huggy Wuggy. Its disfigured face, perverted smile, and terrifying stooped figure make you have to find your way out of the factory, find clues to the old mystery, and run away at the same time from its pursuit.

And you've met it from the very first step into the factory. Everything is dark and scary at the moment. You rush to find the switch to activate the electricity in the factory. When everything is clear, you go back to the monster, it has run away.

Lead the player and act as a narrator, giving important clues such as video or audiotapes. In it, there are recorded sayings and short conversations of friends who used to work here. In the tape of two employees, Avery and Rich mentioned the true truth of this Playtime toy factory. Unlike the beautiful appearance and friendly image that Playtime has built in the community with a series of sponsorship and connection programs, toy products with deep humanistic meanings, the truth is, deep inside, in the workshops, every worker is exploited. Each working day is long, but the rest time is measured in minutes. And there are many other bad things in this harsh working environment.

Those GrabPack Red Green Gloves can help you a lot during this dark toy factory puzzle adventure. Hack a circuit, snap something heavy, reach for an item from a distance, and push a button in the dark. Take advantage of it in a lot of escape situations or overcoming a difficult obstacles. Almost beyond the tapes that give clues, these Gloves are what you will interact with and use the most in this game.

Don't be distracted by any footsteps or noises and watch out for all the toys. They are not as friendly as you think. From Bot to Huggy, Catbee to Poppy, all are made with the same pure intention as past events that turned them into demons.

Background

Poppy Playtime Chapter 4 is part 1 of the Poppy Playtime series. The entire story of this series revolves around the Playtime toy factory. Formerly a famous toy factory in the country with a huge number of toys and monumental scale, but because of a mysterious event, the entire staff here disappeared without a trace. The terrible incident happened 10 years ago. There are many rumors surrounding this shocking incident, no one dares to come to find out what happened, except you, a former employee who has worked here for a long time.

You've been out of work for a long time. But now you get a product demo video from Playtime itself. In which the person who introduced the new product was the old Playtime boss, and what is being advertised in the video is a smart doll named Poppy, said to be the smartest doll of all time which can speak, hear, and understand and feel herself, like a real girl.

During the introduction, the video suddenly became noisy. The screen went black, showing a large flower on the wall, and in the middle, there was a path. A line pops up, probably just for you, a former employee of the factory, "Everybody thought that the staff at Playtime disappeared 10 years ago. But we're stuck inside the factory. Let's go find the flower."

In Poppy Playtime Chapter 3, you are truly heartbroken over the disappearance of your former colleagues. And after watching the clip above, you decide to return to the Playtime toy factory to find out what happened.



## What new MOD v1.023.5

### ***FEATURE MOD***

1- Breathtaking survival horror lurking everywhere!
2- Play and enjoy together!
3- Multiple amazing gameplay fun modes to discover!

- Free Purchase
- Unlimited Money
- Free Shopping
- All Unlocked
- Unlock Paid

 GET MOD NOW









# Download MOD detail



**Poppy Playtime Chapter 4**
*Mod by: JoniKriz 7*

## Mod APK Information

| | |
|---|---|
| Version: | v1.293.987 |
| App size: | 78,3 MB |
| Category: | Arcade |
| Update Date: | 12-5-2022 |
| Requirements: | Varies with device |

☁ DOWNLOAD MOD 1 (REMOVE ADS)

☁ DOWNLOAD MOD 2 (UNLOCK FULL)