# EXHIBIT 7

## Service fees

Apps and in-app products sold through Google Play's billing system or an Alternative Billing System (as defined below) in accordance with the Payments policy are subject to a service fee.

There isn't a single service fee as Google Play takes into account that developers operate in different situations that require different levels of support to build sustainable businesses. 97% of developers distribute their apps and take advantage of all Google Play has to offer at no charge. Of those developers that are subject to a service fee, 99% are eligible for a fee of 15% or less by participating in different programs offered by Google Play.

This table provides an overview of Google Play's service fees:

| Service fee type | Service fee |
|---|---|
| Developers enrolled in the 15% service fee tier | **15%** for the first $1M (USD) revenue earned by the developer each year<br><br>**30%** for earnings in excess of $1M (USD) revenue earned by the developer each year |
| Subscriptions | **15%** for automatically renewing subscription products purchased by subscribers, regardless of revenue earned by the developer each year |
| Other transactions | **15% or lower** for eligible developers who qualify under programs such as the Play Media Experience Program |

For developers who offer an alternative billing system in addition to Google Play's billing system for transactions with users in South Korea or India, in accordance with the Payments policy, and pursuant to the applicable terms of service ("Alternative Billing System"), the service fee for such transactions using the Alternative Billing System is equal to the service fee applicable for transactions via Google Play's billing system reduced by 4%. Learn more about offering an alternative billing system for users in South Korea in this Help Center article or India in this Help Center article.

Learn more about our service fee by visiting Understanding Google Play's Service Fee.

Need more help?
Try these next steps:



**Post to the help community**
Get answers from community members



**Contact us**
Tell us more and we'll help you get there