# EXHIBIT 18



# United States of America
## United States Patent and Trademark Office

# POPPY PLAYTIME

**Reg. No. 7,157,530**
**Registered Sep. 05, 2023**
**Int. Cl.: 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

MOB ENTERTAINMENT, INC. (MISSOURI CORPORATION)
720 OLIVE STREET
SAINT LOUIS, MISSOURI 63101

CLASS 25: Sweatshirts; graphic T-shirts; hooded sweatshirts; long-sleeved shirts; short-sleeved shirts; sweat shirts; T-shirts

FIRST USE 10-12-2021; IN COMMERCE 10-12-2021

CLASS 41: Providing on-line computer games; entertainment services, namely, providing on-line computer games

FIRST USE 10-12-2021; IN COMMERCE 10-12-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-975,109, FILED 01-13-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

