**EXHIBIT 20**

