**EXHIBIT 21**

Search for app or publisher...    AppsPublishersMarket SegmentsMarketingNotificationsDeconstructionsExplore



### Minicraft 2020
Daigo Game 2020 Inc

Games | Midcore | Simulation | Sandbox | Build & Craft | SETTINGS | Fantasy | Fairy Tale | ART STYLES | 3D | Stylized | Pixel/Voxel | Revise tag

Collapse Tags

| 1 APP SUMMARY | Market Segment ⌄ | Ad Intelligence ⌄ | Notifications ⌄ | Edit Widgets |

**Downloads: —**
Last 30 days    Lifetime

View As Graph ⌄

No revenue over lifetime

No downloads within the last 30 days

No RpD over lifetime

Add Widget


Minicraft 2020
Daigo Game 2020 Inc     SELECT APP ⌄      United States      com.miniworld.mastercraft...

  

**Name and icon in     United States**

 Minicraft 2020

Free Application    Everyone
First Release: Feb 06, 2020

### Categories
Games, Arcade

### Webshops
Log in to unlock

By continuing to browse our site, you accept our use of cookies. Learn more

GOT IT

 

Search for app or publisher... AppsPublishersMarket SegmentsMarketingNotificationsDeconstructionsExplore

+ 6 SDKs                                                                                          SHOW MORE

## App Support
Email

## Description

Minicraft 2020 - Best Crafting & Building game is the completely free game for kids and adults, for boys and girls, explore the world, mining treasures and make new friends.

Minicraft 2020 is Master Craft game, unleash your imagination and create a whole Universe be creative in your own generated infinity world. Build cities and villages, castles and churches. Start building and show the world your constructions. Grow unique animals and monsters that will be available only to you. Engage in hunting and fishing. Play with friends in multiplayer mode and achieve maximum results.

READ MORE

| 3.6 | | |
|---|---|---|
| 886,831 ratings | 5 | 502,386 |
| | 4 | 48,009 |
| | 3 | 45,009 |
| | 2 | 32,822 |
| | 1 | 258,480 |

## Releases

Version 1.1     Feb 07, 2020
No release description

APPMAGIC

English

About Us

**BLOG**
Top 10 Hybridcasual Games in Q1 2025: The Great Puzzle Takeover
F4 Fund: How To Evaluate Mobile App Opportunities
Merge Mansion: +50% Revenue to Reclaim the Top Spot
Kill or Pivot: A Comprehensive Guide for Mobile Game Devs

**RESEARCH**
Original Games: +13% ARPDAU with AppMagic
Casual Games Report 2024: Following the 5 Routes to Success
How Supercell Boosts LiveOps with IP Collaborations
Expanding The 4X Audience: Lessons From Last War And Whiteout Survival

By continuing to browse our site, you accept our use of cookies.   Learn more


