**EXHIBIT 22**

Search for app or publisher...    AppsPublishersMarket SegmentsMarketingNotificationsDeconstructionsExplore



### Merge Toilet Monster War
Daigo Game 2020 Inc

Games   Casual   Simulation   Simulation: Other   ART STYLES   3D   Stylized   Revise tag   Collapse Tags

| 1 APP SUMMARY | Market Segment ⌄ | Ad Intelligence ⌄ | Notifications ⌄ | | Edit Widgets |

Downloads: —   View As Graph ⌄
Last 30 days   Lifetime

No revenue over lifetime

No downloads within the last 30 days

No RpD over lifetime    Add Widget



| 🎯 Merge Toilet Monster War
Daigo Game 2020 Inc    SELECT APP ⌄ | United States | com.mergetoiletmonter.ski… |





Name and icon in    United States

 Merge Toilet Monster War

Free Application   Teen
First Release: Aug 25, 2023
Last Seen: Jul 15, 2024

### Categories
Games, Action

### Webshops
Log in to unlock




Search for app or publisher...   AppsPublishersMarket SegmentsMarketingNotificationsDeconstructionsExplore

+ 4 SDKs                                                                                      SHOW MORE

## App Support

Email

## Description

Welcome to Skibidi Toilet War game merge TVman vs Cameraman.
Discover the fantasy world of skibidi monsters in the Merge Toilet Monster War - toilet games! Merge your fearful monsters to evolve them and own the strongest army on the block.
The war between the skibidi toilets and the camera heads has broken out.

You need to use your tactic and your brain to merge monsters and fight against the skibidi toilet! You need to evolve your monsters quickly to get a giant army if you want to win the monster battle toilet games!

READ MORE

**2.6**  1,359 ratings

| | | | |
|---|---|---|---|
| 5 | | | 490 |
| 4 | | | 75 |
| 3 | | | 0 |
| 2 | | | 37 |
| 1 | | | 755 |

## Releases

Version Merge Toilet    Aug 25, 2023
No release description

**APPMAGIC**

English

About Us

**BLOG**

Top 10 Hybridcasual Games in Q1 2025: The Great Puzzle Takeover

F4 Fund: How To Evaluate Mobile App Opportunities

Merge Mansion: +50% Revenue to Reclaim the Top Spot

Kill or Pivot: A Comprehensive Guide for Mobile Game Devs

**RESEARCH**

Original Games: +13% ARPDAU with AppMagic

Casual Games Report 2024: Following the 5 Routes to Success

How Supercell Boosts LiveOps with IP Collaborations

Expanding The 4X Audience: Lessons From Last War And Whiteout Survival


